RECEIVED
OCT 10 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES J. DAVIS<br>    LA. DOC. #342249 | DOCKET NO. 14-CV-548; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| ERVING YOUNG, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **DENIED AND DISMISSED** with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 10th day of October, 2014.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT